HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
douglas_beevers@fd.org

Attorney for Defendant
JOSEPH MCCREADY TOMSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  2:20-CR-0067 TLN |
| Plaintiff, | ) <br> ) STIPULATION AND ORDER TO EXPAND <br> ) PUBLIC DEFENDER APPOINTMENT TO |
| vs. | ) INCLUDE FORFEITURE PROCEEDINGS <br> ) |
| JOSEPH MCCREADY TOMSON, | ) Date:   not applicable <br> ) Time: |
| Defendant. | ) Judge: Hon. Troy L. Nunley <br> ) <br> ) |

Pursuant to 18 U.S.C. § 3006A, the Office of the Federal Defender was appointed by the duty magistrate to represent the defendant, JOSEPH MCCREADY TOMSON, on March 18, 2020.  Counsel undersigned has represented Mr. TOMSON since that time.

The defendant received a Notice of Forfeiture Proceedings from Drug Enforcement Administration on May 22, 2020 in *U.S. v. $5,2522 in U.S. Currency* case 20-DEA-661755 delivered to his residence while he was in custody.   This notice of administrative seizure appears to be the same incident as instant case 2:20-CR-0067, in which that sum of currency was found on Mr. Tomson's person during the execution of the search warrant for the drugs which Mr. Tomson has pled guilty to possessing.  Mr. Tomson has agreed that a forfeitrue count be included in his charging information, but this administrative forfeiture notice was filed first and establishes a cut off date of June 11, 2020 for filing a claim.   Mr. TOMSON intends to sign a

claim of ownership pursuant to 18 U.S.C. § 983 and request that a claim be filed, so that the foirfeiture issue can be resolved by this court at sentencing.

18 U.S.C. §3006A(c) states that appointed counsel's representation should continue through every stage of the proceeding "including ancillary matters appropriate to the proceedings".  18 U.S.C. § 983(b)(1)(A) states:

> If a person with standing to contest the forfeiture of property in a judicial civil forfeiture proceeding under a civil forfeiture statute is financially unable to obtain representation by counsel, and the person is represented by counsel appointed under section 3006A of this title [18 U.S.C. § 3006A] in connection with a related criminal case, the court may authorize counsel to represent that person with respect to the claim.

18 U.S.C. §3006A.  The seizures in this case clearly involve alleged proceeds from the criminal case 2:20-CR-67 TLN which Mr. TOMSON has already pled guilty to.  Any statements Defendant makes in filing administrative claims are admissible in his criminal case, so Defense counsel is obligated to discuss the pending adminstrative claim.  The administrative claim is being filed, and Mr. TOMSON respectfully asks this Court to authorize the Federal Defender Office to represent him in any administrative or civil forfeiture proceedings related to this case, specifically including the seizures referred to as case 20-DEA-661755.  The United States agrees that the forfeitures are related matters and does not oppose the Defendant's request.

                                                Respectfully submitted,

Dated:  May 26, 2020                    HEATHER E. WILLIAMS
                                                Federal Defender

                                                */s/ Douglas J. Beevers*
                                                DOUGLAS J. BEEVERS
                                                Assistant Federal Defender
                                                Attorney for Defendant

Dated: May 26, 2020
                                                McGregor Scott
                                                United States Attorney

                                                */s/ Cameron Desmond*
                                                CAMERON DESMOND
                                                Assistant U.S. Attorney
                                                Attorney for Plaintiff

## **ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, the Court orders that the Federal Publiuc Defender is appointed to represent JOSEPH McCREADY TOMSON in the forfeiture proceedings designated as 20-DEA-661755.

Dated:  May 29, 2020

_____
Troy L. Nunley
United States District Judge